**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02814-AP

OLIVER N. HOWELLS,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.**     **APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Patrick C.H. Spencer, II<br>Spencer & Spencer<br>830 Tenderfoot Hill Road, Suite 320<br>Colorado Springs, CO 80906<br>719-632-4808<br>patrick@2spencers.com | JOHN F. WALSH<br>United States Attorney<br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br>william.pharo@usdoj.gov<br><br>Debra J. Meachum<br>Special Assistant United States Attorney<br>1001 17th Street<br>Denver, Colorado 80202<br>(303) 844-1570<br>(303) 844-0770 (facsimile)<br>debra.meachum@ssa.gov |

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    A.  Date Complaint Was Filed: 10/27/11
    B.  Date Complaint Was Served on U.S. Attorney's Office: 11/3/11
    C.  Date Answer and Administrative Record Were Filed:   1/3/12

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties state that the record is complete.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.    OTHER MATTERS**

The parties state that there are no other matters.

**8.    BRIEFING SCHEDULE**

    A.  **Plaintiffs Opening Brief Due:**        **3/2/12**
    B.  **Defendant's Response Brief Due:**   **4/2/12**
    C.  **Plaintiffs Reply Brief (If Any) Due:**  **4/17/12**

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

    A.  **Plaintiffs Statement:** Plaintiff does not request oral argument.
    B.  **Defendant's Statement:** Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 23rd day of January 2012.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|
| s/ Patrick C.H. Spencer, II | JOHN F. WALSH |
| Patrick C.H. Spencer, II | United States Attorney |
| Spencer & Spencer | WILLIAM G. PHARO |
| 830 Tenderfoot Hill Road, Suite 320 | Assistant United States Attorney |
| Colorado Springs, CO 80906 | United States Attorney's Office |
| 719-632-4808 | District of Colorado |
| patrick@2spencers.com | william.pharo@usdoj.gov |
| | |
| | s/Debra J. Meachum |
| | Debra J. Meachum |
| | Special Assistant United States Attorney |
| | 1001 17th Street |
| | Denver, Colorado 80202 |
| | (303) 844-1570 |
| | (303) 844-0770 (facsimile) |
| | debra.meachum@ssa.gov |