IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 11-cv-02814-MSK

OLIVER N. HOWELLS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the Stipulated Motion for Attorney Fees pursuant to EAJA (Motion) **(#29)** filed June 6, 2013. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED**. Payment of Plaintiff's attorney's fees in the amount of $7,850.00 under EAJA, 28 U.S.C. § 2412 shall be made to Plaintiff directly, in care of his attorney, at:

    Patrick C.H. Spencer, Esq.
    Spencer & Spencer, P.C.
    830 Tenderfoot Hill Road, Suite 320
    Colorado Springs, CO 80906

DATED this 7th day of June, 2013.

                        **BY THE COURT:**

                        Marcia S. Krieger
                        Chief United States District Judge